EDWARD MYERS, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued June 5, 1893; decided June 13, 1893.)

MOTION to dismiss an appeal from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 6, 1892,

which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Davies & Rapallo* for motion.

*Henry Schmitt* opposed.

Agree to grant motion upon condition that appellants pay to respondent full costs of appeal, as upon argument, to the Court of Appeals; no opinion.

All concur.

Motion granted.